

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Casa Palmira, L.P., | § | No. 08-18-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Taylor Child Care, L.P. a/k/a Taylor Child Care, Limited, and Michael W. Hicks, | § | of El Paso County, Texas |
| | § | (TC# 2015DCV1729) |
| Appellee. | § | |

**O R D E R**

Pending before the Court is Appellant's unopposed motion to extend the abatement of the appeal in order for the trial court to consider Appellant's request to file amended findings of fact and conclusions of law. The motion is GRANTED.

In the event the trial court finds it appropriate to file amended or additional findings of fact and conclusions of law, the trial court is directed to file same with the El Paso County District Clerk no later than December 4, 2018. The District Clerk is directed to prepare and file a supplemental clerk's record containing the amended or additional findings of fact and conclusions of law with the Clerk of this Court within ten days after the findings and conclusions are filed with the District Clerk. The appeal will be reinstated by order of the Court after the supplemental clerk's record is filed, and the deadline for the Appellant's brief will be established in that order. In the event the findings and conclusions cannot be filed by the deadline set forth above, Appellant shall file a motion with the Court requesting an extension of the abatement. The motion must include the facts relied on to reasonably explain the need for the extension. *See* TEX.R.APP.P. 10.5(a)(1).

IT IS SO ORDERED this 29th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.